IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| KRISS RAY CAMP, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:16-CV-0161 |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On July 25, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner did not lose previously earned good time credits as a result of the disciplinary proceeding. "As a general rule, only sanctions which result in loss of good conduct time credits for inmates who are eligible for release on mandatory supervision or which otherwise directly and adversely affect release on mandatory supervision will impose upon a liberty interest." *Spicer v. Collins*, 9 F.Supp. 2d 673, 685 (E.D. Tex. 1998) (*citing Orellana v. Kyle*, 65 F.3d 29, 31-33 (5th Cir. 1995), *cert. denied*, 516 U.S. 1059 (1996)). On August 1, 2016, petitioner filed objections to the Report and Recommendation. On March 3, 2017, the Magistrate Judge issued a Supplemental Report and Recommendation addressing petitioner's objections and again recommending petitioner's habeas application be denied. On March 14, 2017, petitioner filed objections to the Supplemental Report and

Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this ____20th____ day of ____March____ 2017.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE